UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. KILLIAN, | No. 2:19-cv-0905 CKD P |
| Plaintiff, | |
| v. | ORDER |
| TIM SARTAIN, et al., | |
| Defendants. | |

By an order filed May 24, 2019, plaintiff was ordered to file a completed in forma pauperis application of pay the filing fee and cautioned that failure to do so would result in a recommendation that this action be dismissed. ECF No. 3. The thirty-day period has now expired, and plaintiff has not submitted an application, paid the fee, or otherwise responded to the court's order. He will be given one final opportunity to comply.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of service of this order, plaintiff shall submit an application in support of a request to proceed in forma pauperis or pay the filing fee. Failure to comply with this order will result in a recommendation that this action be dismissed without further warning.

Dated: July 11, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:kill0905.fifp

1